IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 07-cr-00365-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     CHARLEY WILLIAMS, JR.,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that a probation violation hearing regarding Defendant Williams is set **Tuesday, September 18, 2012 at 9:30 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: September 4, 2012