IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Lewis T. Babcock

Criminal Action No. 07-cr-00365-LTB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLEY WILLIAMS, JR.,

    Defendant.

---

## ORDER EXONERATING BOND

As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this __28th__ day of January, 2013.

                BY THE COURT:


                By: _s/Lewis T. Babcock_
                   UNITED STATES DISTRICT JUDGE
                   DISTRICT OF COLORADO